## AFFIDAVIT IN SUPPORT OF AN APPLICATION
## FOR A SEARCH WARRANT

I, Kendall McBrearty, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I submit this affidavit in support of an application for a search warrant pursuant to Rule 41 of the Federal Rules of Criminal Procedure for the target premises located at 75 Crescent Drive, Conway, New Hampshire 03818, currently being utilized by Richard Lawrence SCHUMANN ("TARGET PREMISES"). The TARGET PREMISES to be searched is discussed herein and is described and depicted in Attachment A, and the items to be seized are discussed herein and described in Attachment B and depicted in Attachment D.

2.     I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516. I also am a "federal law enforcement officer" within the meaning of Fed. R. Crim. P. 41(a)(2)(C) and authorized to apply for the requested search warrant.

3.     I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since February 2015. Prior to becoming an FBI Special Agent, I served as a police officer for the Charlottesville Police Department in Charlottesville, Virginia. As an FBI Special Agent, I have worked in the National Security field for seven years to include investigating international and domestic terrorism and

interstate communication of threats. I have been the affiant on previous federal search warrants and have led and assisted in the execution of search warrants of residences, including some residences where firearms were located and seized.

4.     The facts in this affidavit come from my personal observations, my personal training and experience, and the information that I have received from other law enforcement agents, officers, and/or witnesses involved in this and other investigations. This affidavit is intended to show merely that there is sufficient probable cause for the issuance of the requested search warrant and does not set forth all my knowledge about this matter.

5.     Based on my training and experience and based on the facts set forth in this affidavit, I submit there is probable cause to believe that SCHUMANN has violated federal law, namely, possession of firearms by a prohibited person, in violation of Title 18, United States Code, Section 922(g)(9), within the District of New Hampshire ("TARGET OFFENSE").

6.     Based on my training and experience and based on the facts set forth in this affidavit, I submit there is probable cause to believe that the TARGET PREMISES contains evidence, fruits, and instrumentalities of the TARGET OFFENSE.

## <u>JURISDICTION</u>

7.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the Court is "a district court of the United

States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## THE LAW

8.     Title 18, United States Code, Section 922(g)(9), makes it a crime for anyone "who has been convicted in any court of a misdemeanor crime of domestic violence" from possessing, in or affecting commerce, firearms or ammunition.

## PROBABLE CAUSE

9.     On September 11, 2025, members of the Conway, New Hampshire Police Department ("CPD") travelled to the TARGET PREMISES to arrest SCHUMANN on an open state arrest warrant for harassment. CPD arrested SCHUMANN at the primary residence of the TARGET PREMISES. *See* Attachment A, Figure 4. Because SCHUMANN needed shoes following his arrest, SCHUMANN permitted CPD to enter SCHUMANN's bedroom located inside the primary residence of the TARGET PREMISES. There, CPD observed in plain view on SCHUMANN's bed a long barrel revolver. CPD knows that this bed is SCHUMANN's bed based on a prior call for service. I have consulted with an agent from the Bureau of Alcohol, Tobacco, Firearms and Explosives, who has informed me that this long barrel revolver is consistent with a firearm as defined by federal law.

10.     On or about June 2024, SCHUMANN was convicted of a misdemeanor crime of domestic violence, namely, simple assault, in the 3rd Circuit–District Division–Conway, under Case Number: 430-2024-CR-00141. As part of SCHUMANN's conviction, SCHUMANN signed an acknowledgement of rights

specifically acknowledging that it is illegal to possess firearms and ammunition under federal law after a conviction of a qualifying misdemeanor crime of domestic violence. *See* Attachment C, p.3.

11.　　CPD and FBI froze the TARGET PREMISES pending this federal search warrant.

12.　　During my investigation, I learned from a cooperating witness ("CW") that SCHUMANN had possessed a firearm consistent with a long barrel revolver at the time of his misdemeanor domestic violence conviction but had hidden it from law enforcement when law enforcement went to seize other firearms that SCHUMANN had allegedly possessed. I also learned from CW that SCHUMANN had told CW that SCHUMANN had purchased two rifles, during a conversation between CW and SCHUMANN that occurred a couple of months ago. CW believes that SCHUMANN knows that SCHUMANN is prohibited from possessing firearms. I have reviewed an image that depicts a long barrel revolver and a rifle on top of a bed. I also have confirmed with CPD that the long barrel revolver observed in plain view on top of SCHUMANN's bed when CPD went to retrieve SCHUMANN's shoes following his arrest at the primary residence of the TARGET PREMISES appears to be the same long barrel revolver on top of SCHUMANN's bed as depicted in the image. *See* Attachment D.

13.　　Because I believe that SCHUMANN resides in and has full access to the TARGET PREMISES, I am seeking to search the entirety of the TARGET PREMISES, including the primary residence and detached garages, and all curtilage,

outbuildings, sheds, vehicles, boats, dumpsters, appurtenances, and persons present on the property at the time the search warrant is executed.

14.    Based upon my training and experience, as well as the collective knowledge and experience of other state and federal law enforcement agents and officers with whom I have discussed the facts and circumstances of this investigation, I reasonably believe that SCHUMANN is in possession of multiple firearms located at the TARGET PREMISES.

## **CONCLUSION**

15.    Based on the information described above, I submit there is probable cause to believe that SCHUMANN has committed the TARGET OFFENSE and that the TARGET PREMISES, further described and depicted in Attachment A, contains evidence, fruits, and instrumentalities of the TARGET OFFENSE, further described in Attachment B and depicted in Attachment D.

Respectfully submitted,

*/s/ Kendall McBrearty*
KENDALL MCBREARTY
FBI Special Agent


The affiant appeared before me by telephonic conference, on this date, pursuant to Fed. R. Crim. P. 4.1, and affirmed under oath the content of this affidavit and application.

Date: _____ **Sep 11, 2025**

Time: __ **6:18 PM, Sep 11, 2025**

HON. ANDREA K. JOHNSTONE
UNITED STATES MAGISTRATE JUDGE

Page 5 of 5

**ATTACHMENT A**

**PROPERTY TO BE SEARCHED:**

The property to be searched is located at 75 Crescent Drive, Conway, New Hampshire 03818, and is currently occupied by Richard Lawrence SCHUMANN ("TARGET PREMISES"). The TARGET PREMISES includes a primary residence, which is a single family "cape style" house with brown exterior siding, green trim, and a slate-colored roof. *See* Figure 4. The front door to the primary residence of the TARGET PREMISES is green. The TARGET PRESMISES includes a two-car detached garage located to the right of the primary residence when facing the primary residence from Crescent Drive. *See* Figures 1, 5. The TARGET PREMISES includes a one-car detached garage, which is brown with a yellow garage door. *See* Figures 2, 6. Nearby this one-car garage is a green dumpster. *See* Figures, 2, 6. Located by the roadway at the beginning of the paved driveway leading to the primary residence of the TARGET PREMISES is a green "street sign"-style sign that reads "SCHUMANN DR." *See* Figures 2-3.

The TARGET PREMISES includes all curtilage, outbuildings, sheds, vehicles, boats, dumpsters, appurtenances, and persons present on the property at the time the search warrant is executed. *See* Figures 2, 7-13.



*Figure 1*
(From Crescent Drive)



*Figure 2*
(from Crescent Drive)



Figure 3
(from Crescent Drive)



*Figure 4*



*Figure 5*

Page 5 of 13



*Figure 6*



*Figure 7*



*Figure 8*



*Figure 9*

Page 9 of 13



*Figure 10*



*Figure 11*



*Figure 12*



*Figure 13*

## **ATTACHMENT B**

### **ITEMS TO BE SEIZED:**

All of the following being evidence, fruits, and instrumentalities of a violation of federal law, namely, possession of firearms by a prohibited person, in violation of Title 18, United States Code, Section 922(g)(9), within the District of New Hampshire ("TARGET OFFENSE"), including:

1. All firearms;

2. All ammunition;

3. Any written records or photographs pertaining to SCHUMANN'S possession of firearms and ammunition.

# ATTACHMENT C

## THE STATE OF NEW HAMPSHIRE
### JUDICIAL BRANCH
**https://www.courts.nh.gov**

Court Name: **3rd Circuit - District Division - Conway**

Case Name: **State v. Richard Lawrence Schumann**

Case Number: **430-2024-CR-00141**
(if known)

### ACKNOWLEDGMENT OF RIGHTS - CLASS A & B MISDEMEANOR & DV RELATED

I, __Richard Lawrence Schumann__ of __Conway, NH__

have been charged in the __Conway District Division__ with the following offense(s):

__DV: Simple Assault; BI or PC__

The statements made below shall apply to each and every complaint, if there be more than one, to which I intend to plead guilty or no contest.

If I am not a citizen of the United States, I understand that conviction of the crime(s) for which I intend to plead guilty or no contest may have immigration consequences, including but not limited to, deportation from the United States, exclusion from admission into the United States, or denial of naturalization pursuant to the laws of the United States.

☑ I understand that the complaint is one accusing me of a **Class A Misdemeanor(s)**, and that I have the right to be represented by a lawyer of my own choosing and at my own expense, and that if I am unable to afford a lawyer the Court will appoint one for me subject to an order of reimbursement based on my ability to pay.

☐ I understand that the complaint is one accusing me of a **Class B Misdemeanor(s)**, and that I have the right to be represented by a lawyer of my own choosing and at my own expense.

☑ I am represented by **Donald M. Ekberg, Esq.**, a lawyer admitted to practice in New Hampshire. I am satisfied with my lawyer and all explanations have been clear.

☐ I do not want a lawyer. I understand and know what I am doing. I hereby waive my right to a lawyer.

I understand that I do not have to plead guilty or no contest and that even after signing this form I still do not have to plead guilty or no contest.

I understand that by pleading guilty or no contest to the charge(s) that I am giving up the following constitutional rights as to the charge(s):

**MY RIGHT** to a speedy and public trial.

**MY RIGHT** to see, hear and question all witnesses. This gives me the opportunity and right to confront my accusers and cross-examine them myself or through my attorney.

**MY RIGHT** to present evidence and call witnesses in my favor and to testify on my own behalf.

**MY RIGHT** to remain silent and not testify at a trial.

**MY RIGHT** to have the Judge *ORDER* into court all evidence and witnesses in my favor.

**MY RIGHT** not to be convicted unless the State proves that I am guilty beyond a reasonable doubt with respect to all elements of the charge(s), which have been explained to me.

**MY RIGHT** to keep out evidence, including confessions, illegally obtained.

**MY RIGHT** to a trial before a jury and my right to appeal issues of law to the Supreme Court. (Class A Misd.)

**I GIVE UP ALL THE ABOVE RIGHTS OF MY OWN FREE WILL.** I understand that by pleading GUILTY or NO CONTEST I am admitting to or not contesting the truth of the charge(s) against me in the complaint(s) and that on the Judge's acceptance of my GUILTY or NO CONTEST plea, a conviction(s) will be entered against me.

# ATTACHMENT C

**Case Name:** State v. Richard Lawrence Schumann

**Case Number:** 430-2024-CR-00141

## ACKNOWLEDGMENT OF RIGHTS CLASS A & B MISDEMEANOR & DV RELATED

No force has been used upon me, nor have any threats been made to me, by any member of the Prosecutor's Office or anyone else to have me enter this plea of <u>guilty</u> or <u>no contest</u>.

No promises have been made to me by any member of the Prosecutor's Office or anyone else in an effort to have me enter this plea of <u>guilty</u> or <u>no contest</u> to the charge(s), except as follows:

**Charge ID#2183418C – please see the attached document conveying the plea agreement.**

However, I understand that the Judge is not bound by the Prosecutor's recommendation as to sentence, and that I may withdraw my plea if the Judge exceeds the limits of a negotiated plea.

☑ **CLASS A MISDEMEANOR:** I understand, as a consequence of my plea of <u>guilty</u> or <u>no contest,</u> that the Judge may impose any sentence deemed appropriate in the Judge's sole discretion, subject to a maximum penalty of one year in jail, a $2,000 fine for each offense, and up to two years of Probation, where I will be supervised by the Department of Corrections and be subject to a monthly supervisory fee.

I understand that if I am convicted of stalking under RSA 633:3-a and have one or more prior stalking convictions in this state or another state when the second or subsequent offense occurs within seven years following the date of the first or prior offense, I shall be guilty of a CLASS B FELONY.

Should the complaint be one of a CLASS A MISDEMEANOR theft of property not exceeding $1000, following two convictions upon such a charge, a third offense is chargeable as a FELONY.

I further understand that if the complaint against me represents a major motor vehicle conviction, as defined in RSA 259:39, this conviction will count against me should the Director of Motor Vehicles review my driving record for Habitual Offender status. Three major convictions or a combination of major and minor offenses over a five-year period is necessary to certify a person as a Habitual Offender. As a consequence of being declared a Habitual Offender, I would lose my license to operate a motor vehicle for 1 to 4 years. I realize that if I am found to be a Habitual Offender, it is my responsibility, at the end of that period, to petition the Director of the Division of Motor Vehicles to restore my privilege to drive a motor vehicle. I understand that if I were to operate a motor vehicle during that four-year period, or at any time before my privilege to drive a motor vehicle is restored, then I would be subjecting myself to a mandatory prison terms of not more than 5 years.

☐ **CLASS B MISDEMEANOR:** I understand that as a consequence of my plea of <u>guilty</u> or <u>no contest</u>, the Judge may impose any sentence appropriate in the Judge's sole discretion, subject to a maximum fine of $1,200 for each offense and penalty assessment and the possible maximum loss of a driver's license/privilege to operate for each offense.

I further understand that if the complaint against me represents a major motor vehicle conviction, as defined in RSA 259:39, this conviction will count against me should the Director of Motor Vehicles review my driving record for Habitual Offender status. Three major convictions or a combination of major and minor offenses over a five-year period is necessary to certify a person as a Habitual Offender. As a consequence of being declared a Habitual Offender, I would lose my license to operate a motor vehicle for 1 to 4 years. I realize that if I am found to be a Habitual Offender, it is my responsibility, at the end of that period, to petition the Director of the Division of Motor Vehicles to restore my privilege to drive a motor vehicle. I understand that if I were to operate a motor vehicle during that four-year period, or at any time before my privilege to drive a motor vehicle is restored, then I would be subjecting myself to a mandatory prison terms of not more than 5 years.

# ATTACHMENT C

**Case Name:** State v. Richard Lawrence Schumann

**Case Number:** 430-2024-CR-00141

## ACKNOWLEDGMENT OF RIGHTS CLASS A & B MISDEMEANOR & DV RELATED

**ACKNOWLEDGMENT OF FEDERAL GUN CONTROL ACT:** It is illegal to possess a firearm or ammunition after conviction of a qualifying misdemeanor crime of domestic violence. This is a lifetime ban. However, in the case of a person who has not more than one conviction of a misdemeanor crime of domestic violence against an individual in a dating relationship, provided the person is not otherwise prohibited, the person shall not be disqualified from possession of a firearm or ammunition, if five years have elapsed from the later of the judgment of the conviction or the completion of the person's custodial or supervisory sentence, if any, and the person has not subsequently been convicted of another such offense, a misdemeanor under federal, state, triable, or local law which has as an element, the use or attempted use of physical force or the threatened use of a deadly weapon, or any other offense that would disqualify the person.

Possession of a firearm and/or ammunition after conviction of a qualifying domestic violence misdemeanor is a federal crime under 18 U.S.C. 922(g)(9) and has a maximum prison term of ten years.

- I understand that the Police Department/Law Enforcement Agency has the right to confiscate all firearms/ammunition in my possession immediately.
- I understand that the Police Department/Law Enforcement Agency may search my home or vehicle for all firearms/ammunition in my possession with verbal consent or a warrant.

I understand the nature of the charge(s) against me and the maximum punishment that may be imposed. I am not under the influence of alcohol or drugs.

I understand the entire contents of the Acknowledgment of Rights and I freely and voluntarily sign this form below. I also understand that I may have a copy of this form upon request.

Highest Educational Grade Completed _12+_

_06/06/24_
Date

_Richd L. Sba_
Defendant

As counsel for the defendant, I have thoroughly explained to the defendant all the above, including the nature of the charge, the elements of the offense which the State must prove beyond a reasonable doubt, the maximum and minimum penalties, and the possible immigration consequences of entering a plea of guilty or no contest. I believe the defendant fully understands the meaning of this Acknowledgment and Waiver of Rights, that s/he is not under the influence of drugs or alcohol, and that s/he intelligently, knowingly, and voluntarily waives all of his/her rights as set forth in this form.

_06/06/24_
Date

_Donald M. Ekly_
Counsel for the Defendant

I hereby certify that I have examined the defendant concerning the plea entered in this case. Based upon that examination I find that the defendant understands the nature of the charge(s), the minimum and maximum penalties which may be imposed therefore, and the elements of the offense(s); and I find that the defendant is not under the influence of drugs or alcohol, and that the waiver of each right set forth on this form is made intelligently, knowingly, and voluntarily. I further find there is a factual basis for the defendant's plea.

_____
Date

_____
Signature of Judge

_____
Printed Name of Judge

## ATTACHMENT D

